**2014–0235. Hillenmeyer v. Cleveland Bd. of Rev.**

Board of Tax Appeals, No. 2009–3688. This cause is pending before the court as an appeal from the Board of Tax Appeals.

It is ordered by the court, sua sponte, that the attorney general of Ohio is requested to file an amicus brief addressing appellant's fourth proposition of law, and specifically to address the validity of R.C. 718.011 under the Equal Protection Clause, along with any issue of severability that would arise should an equal-protection violation be found. Should the attorney general agree to file a brief as requested by this court, the brief shall be filed within 30 days of the date of this entry. Any party may respond to the attorney general's brief within 30 days after it has been filed.

**2014–0564. Fronimo v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2013–4251. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand to the Board of Tax Appeals to implement a settlement agreement, it is ordered by the court that the motion is granted and the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–0977. Stewart v. [Elliott].**

Portage App. No. 2013–P–0009, 2014-Ohio-1872. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of Michael Artz, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2014–1080. State v. Howard.**

Cuyahoga App. No. 100094, 2014-Ohio-2176. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion to exceed page limitation, it is ordered by the court that the motion is denied.

It is further ordered by the court, sua sponte, that appellant shall file an amended memorandum in support of jurisdiction that is no more than 15 pages in length, within 15 days of the date of this entry, and appellee may file a memorandum in response within 30 days of appellant's amended memorandum in support of jurisdiction.

# MISCELLANEOUS DISMISSALS